| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Joan Pilgreen<br>                    Plaintiff,<br><br>v.<br><br>Syngenta Crop Protection, LLC, et al.<br>                    Defendant, | Court File Number<br>0:21-cv-01107<br><br>**AFFIDAVIT OF SERVICE** |

State of Delaware    }<br>
County of New Castle } SS

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Crop Protection, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Crop Protection, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021        _____
                        Denorris Brit

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252510 1830

Re: 6146-001 (Pilgreen)



legal support specialists since 1969

330 2nd Avenue South, Suite 150<br>
Minneapolis, MN 55401<br>
(800) 488-8994<br>
www.metrolegal.com

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Joan Pilgreen<br>                    Plaintiff, | Court File Number<br>0:21-cv-01107 |
| v.<br>Syngenta Crop Protection, LLC, et al.<br>                    Defendant, | **AFFIDAVIT OF SERVICE** |

State of Delaware   } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta AG, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta AG, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021

Denorris Brit

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252511 1831

Re: 6146-001 (Pilgreen)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|
| Joan Pilgreen<br>          Plaintiff, | Court File Number<br>0:21-cv-01107 |
| v.<br>Syngenta Crop Protection, LLC, et al.<br>          Defendant, | **AFFIDAVIT OF SERVICE** |

State of Delaware  } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Syngenta Seeds, LLC, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Syngenta Seeds, LLC, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __5_/_3__/2021       _____
                            Denorris Brit

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252512 1832

Re: 6146-001 (Pilgreen)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

| UNITED STATES DISTRICT COURT | DISTRICT OF MINNESOTA |
|---|---|

| Joan Pilgreen  Plaintiff, | Court File Number 0:21-cv-01107 |
|---|---|
| v. | |
| Syngenta Crop Protection, LLC, et al.  Defendant, | AFFIDAVIT OF SERVICE |

State of Delaware  } SS
County of New Castle }

I, Denorris Brit, state that on Friday, April 30, 2021 at 2:45 PM I served the Summons & Complaint upon Chevron Phillips Chemical Company LP, therein named, personally at Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801, by handing to and leaving with Amy McLaren, Service of Process Specialist at Corporation Trust Company, the Registered Agent for Chevron Phillips Chemical Company LP, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 5/3/2021   
Denorris Brit

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GUSGL 252513 1833

Re: 6146-001 (Pilgreen)


legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-

UNITED STATES DISTRICT COURT  DISTRICT OF MINNESOTA

Joan Pilgreen

              Plaintiff,

v.

Syngenta Crop Protection, LLC, et al.
              Defendant,

Court File Number
0:21-cv-01107

**AFFIDAVIT OF SERVICE**

State of Pennsylvania } SS
County of Cumberland }

I, **Michelle Guyton** (Name of Server) state that on **5 / 3 /2021** (Date of Service) at **11 : 43 A** M, (Time of Service) I served the:

Summons & Complaint

upon: Chevron U.S.A., Inc

therein named, personally at:    Corporation Service Company
                                    2595 Interstate Drive, Suite 103
                                    Harrisburg, PA 17110

by handing to and leaving with:

**Dave Bulakowski** - Service of Process Specialist
(Name of the Person with whom the documents were left)

at Corporation Service Company, the Registered Agent for Chevron U.S.A., Inc, expressly authorized to accept service of process for same, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                          Dated: **5 / 5 /2021**

                                                               (Signature of Server)

                                                             **Michelle Guyton**
                                                             (Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GUSGL 252514 1834

Re: 6146-001 (Pilgreen)



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-